UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Aday, et al. v. Fresenius Medical Care North America, Inc., et al., E.D. Missouri, C.A. No. 4:13-02462 ) ) | MDL No. 2428 |
| Woodside, et al. v. Fresenius Medical Care North America, Inc., et al., E.D. Missouri, C.A. No. 4:13-02463 ) ) | |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these actions (*Aday* and *Woodside*) on December 16, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Aday* and *Woodside* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Aday* and *Woodside* were remanded to the Circuit Court for the Twenty-Second Judicial Circuit (St. Louis City) for the State of Missouri by the Honorable Carol E. Jackson, in orders filed on January 15, 2014.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-31" filed on December 16, 2013, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel